FILED IN CHAMBERS
U.S.D.C. - Atlanta
JUL 22 2016
James N. Hatten, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT A. GIST | Criminal Information<br><br>No. 1:16-CR-269 |

THE UNITED STATES ATTORNEY CHARGES THAT:

1. Starting in or about 2005 and continuing to in or about April 2013, in the Northern District of Georgia and elsewhere, the defendant, ROBERT A. GIST, did knowingly and willfully devise and intend to devise a scheme and artifice to defraud his clients, and to obtain his client's money and property by means of materially false and fraudulent pretenses and representations.

## BACKGROUND

2. At all times relevant to this Information:

    a. GIST was an unregistered broker who controlled the investment firm, Gist, Kennedy & Associates.

    b. As an investment advisor, GIST had more than 30 clients who had more than $5 million invested with him.

## DESCRIPTION OF THE SCHEME

3. GIST's scheme and artifice to defraud is more particularly described as follows:

a. GIST obtained investment funds from his clients by misrepresenting that he would make certain conservative investments for them in corporate bonds and other securities.

b. GIST took the funds from his clients and instead of purchasing the bonds and securities promised, he used them for personal expenses, to fund the operations of ENCAP Technologies, and to pay other clients purported dividends and proceeds from the investments he claimed to have made for those other clients.

c. GIST periodically prepared and mailed false account statements to his clients that showed investments in the bonds and securities in which GIST told his clients he was investing.

d. These account statements were false because GIST did not purchase the bonds or securities stated, but instead used the purchase money as described above.

### EXECUTION OF THE SCHEME

4. On or about February 15, 2012, in the Northern District of Georgia, defendant ROBERT A. GIST, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses and representations, did knowingly cause to be delivered by the U.S. Postal Service and other interstate carriers a false account statement to W.C. that purported to show a purchase of 25,000 shares of a money market fund for $25,000.

All in violation of Title 18, United States Code, Section 1341.

## FORFEITURE

5. Upon conviction of the offense alleged in this Information, that is, violation of Title 18, United States Code, Section 1341, GIST shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to said violation.

If, as a result of any act or omission of defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

JOHN A. HORN
 *United States Attorney*

CHRISTOPHER J. HUBER
 *Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181